ADILENE FLORES ESTRADA
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA 93721
Telephone: (209)843-0090
adilene@adilenefloreslaw.com

Attorney for Defendant
ESDRAS ORLANDO MENDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ESDRAS ORLANDO MENDEZ,<br><br>   Defendant. | CASE NO.  1:23-CR-00105-JLT<br><br>**JOINT STIPULATION AND ORDER FOR A CONTINUANCE;** |

**BACKGROUND**

This case is set for a Status Conference Re Violation of Supervised Release set for July 7, 2023, at 2:00 pm before Honorable Magistrate Judge Sheila K. Oberto.

**REQUEST**

Defendant, by and through its counsel of record, after consulting the continuance with Assistant US Attorney, Arin Heinz and finding no opposition to a continuance respectfully requests this court the following:

1. By previous order, this matter was set for Status Conference Re Violation of Supervised Release for July 7, 2023 at 2:00pm, before Honorable Magistrate Judge Sheila K. Oberto.

2. By this request, the parties now move to continue the case and set a Status Conference Re Violation of Supervised Release to July 24, 2023, at 2:00pm.

3. The parties request that the Court find the following:

    a) Counsel for defendant and Government wish to continue the sentencing hearing currently scheduled for July 7, 2023, at 2:00pm before Honorable Magistrate Judge Sheila K.

JOINT REQUEST TO CONTINUE HEARING                     1

Oberto to July 24, 2023 at 2:00pm.

      b)    The parties need more time to discuss the evidence and possible resolution in this case.

      c)    The government joins in the request to continue the matter to July 24, 2023 at 2:00pm.

IT IS SO STIPULATED.

Dated:  June 29, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
ESDRAS ORLANDO MENDEZ

/s/ ARIN HEINZ
ARIN HEINZ
United States Attorney's Office
Assistant US Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  6/29/2023

*Sheila K. Oberto*
THE HONORABLE JUDGE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE